FILED

DSM

2011 FEB 24  PM 12: 37

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

JacKsonville Division

## CIVIL RIGHTS COMPLAINT FORM

RobeRT James BRiGGs
D.C. # 0Y15156

CASE NUMBER: 3: 11-CV-173-J -34 JRK
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison
number, if applicable)

v.

RobeRT D. HaNCOCK (C.O)
AARON E. COBB   (C.O)
Joseph F. AlleN (LT.)
John / Jane Doe
(Enter full name of each Defendant. If
additional space is required, use the blank
area directly to the right).
Individual capacity        /

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   PLACE OF PRESENT CONFINEMENT: UNioN CorrectioNal INs.
     (Indicate the name and location)
     7819 N.W. 228Th St. RaifoRd Fl. 32026

II.  DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN
     THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No (  )

     [If your answer is YES, after reviewing the exhaustion requirements, answer the following
     questions]

RECEIVED
UNION CORRECTIONAL INSTITUTION

FEB 22 2011

BY_____
FOR MAILING

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

     1.  Informal Grievance (Form DC3-005)
     2.  Formal Grievance (Form DC1-303)
     3.  Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.    Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1.  Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (✓) No (  )

    2.  If so, you must attach a copy of the grievance and response to this Complaint form.

    3.  Were you denied emergency status? Yes (✓) No (  )

        a.  If so, did you go through the informal grievance, formal grievance and appeal process? Yes (✓) No (  )

        b.  If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form ~~DC3-005~~ DC6-236)? Yes (✓) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)?
   Yes (✓) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __20__ day of __Febuary__, 20 11 __.

_Robert L. Briggs_
Signature of Plaintiff

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? _Informal Grievence, Grievence To The Warden, Fl. D.O.C. Secretary Appeal_

2. What were the results? _Denied, Denied / Denied_

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _Not Applicable_

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _20_ day of _Febuary_ , _2011_ .

_Robert L. Bruggs_
Signature of Plaintiff

IV.   PREVIOUS LAWSUITS:

A.   Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit:

   Plaintiff(s): _Not Applicable_

   Defendant(s): _Not Applicable_

   2.   Court (if federal court, name the district; if state court, name the county):

   _Not Applicable_

   3.   Docket Number: _Not Applicable_

   4.   Name of judge: _Not Applicable_

   5.   Briefly describe the facts and basis of the lawsuit: _Not Applicable_

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

   _Not Applicable_

   7.   Approximate filing date: _Not Applicable_

   8.   Approximate disposition date: _Not Applicable_

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

*Not Applicable*

_____

_____

_____

_____

V.   **PARTIES:** In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: *Robert James Briggs  0Y15156*

Mailing address: *Union Correctional Institution*
*7819 N.W. 228th St. Raiford Fl. 32026*

B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: *Robert D. Hancock (Fl. D.O.C.)*

Mailing Address: *2601 Blair Stone Rd.*
*Tallahassee Fl. 32399*

Position: *Correctional Officer*

Employed at: *Fl. Dept. of Correction*

D.   Defendant: *Aaron E. Cobb*

Mailing Address: *7819 N.W. 228th St.*
*Raiford Fl. 32026*

Position: *Correctional Officer*

Employed at: *Fl. Dept. of Correction (Union C.I.)*

E. Defendant: _Joseph F. Allen_____

Mailing Address: _7819 N.W. 228th St,_____

_Raiford Fl. 32026_____

Position: _Lieutenant_____

Employed at: _Florida Dept. of Correction_____

F. Defendant: _John Doe_____

Mailing Address: _____

_____

Position: _____

Employed at: _Fl. Dept. of Correction_____

G. Defendant: _Jane Doe_____

Mailing Address: _____

_____

Position: _____

Employed at: _Fl. Dept. of Correction_____

VI.  STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

1) The actions of the defendant's, denied Plaintiff due process and Rights To be free from unjustified punishment, violation of The 8th and 14th Amendments.

2) Plaintiff was inflicted with cruel and unusual punishment in violation of The 8th Amendment

3) Using excessive force by officer Hancock and (Continued Pg. 11)

VII.  STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

Officer Hancock Correctional Officer, escorted The plaintiff from his assigned cell on Febuary 23rd 2009, at Union Correctional in Raiford Fl. by order of Lt. Allen, (his superior officer) which he was placed under ARREST, handcuffed and shackled. Took The Plaintiff To a Lunch Room next To The Lieutenant's office in a different Area, and beat him, Kicked, stomped, hit, punched The Plaintiff. The Plaintiff's glasses got broken, suffered a head injury (concussion) 2 fractured Ribs, a foot injury, Black and Blue marks, lots

Statement of Facts, continued:

of pain,

Officer Cobb, a correctional officer at Union Correctional Ins. Raiford Florida. On Febuary 23ed 2009. About 5 minutes after officer Hancock escorted The Plaintiff to B area (Lt. office, lunch room) Officer Cobb joined in, in Beating, Kicking, Punching The Plaintiff. For really no reason, accept, They can do it, and get away with it. Officer Cobb Then Threaten The Plaintiff saying. "Nothing happen here, right, or do you want some more". Officer Hancock leaves. Officer Cobbs waits for a third officer To come and get me. I'm escorted To The hospital, To where Nurse Passburge now Nurse C. Griffin, saw who I was, took my broken glasses and left. she never Returned, she never gave me a medical exam, Then lied and falsified documbent and destroyed medical files. she saw I was hurting.

Lieutenant Allen, a Correctional officer at Union Correctional Ins. in Raiford Florida. on Febuary 23Rd 2009, The security officer and Plaintiff's Arresting officer. After re-ceiving a snitch letter about The Plaintiff having

Statement of Facts, continued:

a weapon, ordered his locker To be search,
officer Hancock said he found a weapon and
Plaintiff denies having one. The Lt. Allen
cussed At The Plaintiff calling him a lier,
put him in handcuffs and shackles, Told
Officer Hancock, "You Know what To do". The
Plaintiff · was Then Taken Away
    John Doe and Jane Doe, at Union
Correctional Institution of Raiford Florida
on Febuary 23ʳᵈ 2009 and from Then on
Through Today. Medical Records and files

VIII.   RELIEF REQUESTED:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

Repremand all involved, press charges on The officers, monetary damages, Pain and suffering and what ever else The court feels fit

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _20_ day of _February_ , 2011 _____.

_Robert Bruggs_

(Signatures of all Plaintiffs)

VI. <u>Statement of claim, Continued.</u>

Officer Cobb, while being handcuffed and shackled beat, kicked, stomped and cused the plaintiff. Excessive use of force. This was not a isolated incident.

4) Defendant's conduct was not committed under color of state law and their conduct deprived plaintiff of rights privileges and immunities secured by the constitution and laws of the United States.

5) Defendant's were deliberate indifference, by allowing and watching others beat the plaintiff. Violating Administration Rule and the Constitution.

# INMATE REQUEST

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**(Instructions on Back)**

Mail Number: _____
Team Number: _____
Institution: __UNION__

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other I. G. MR. SNOW |
|---|---|---|---|---|

| FROM: | Inmate Name Robert Briggs | DC Number Y15156 | Quarters N2128 | Job Assignment | Date 2-27-09 |
|---|---|---|---|---|---|

## REQUEST

I feel it is very important that we talk, I'm sure you know that a lot of things are going on over in D-area and mostly M-dorm

I'm Requesting a full investigation on the dirty dealing going on over there. I'm sure you've heard all about an escape. Now there is knives being planted as a set up. (Like me) I'm a very quite guy and most people get along with me. I go to court next month, The lawyer tells me things are good an will most likely be granted, So why would I want to stab some one. I'm trying to get out, Not stay in, I have a lot more to tell you but can't fit it all in here. If you don't belong to his gang your scree

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

---

### DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED: _____

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: |
|---|---|---|

Distribution:  White  -Returned to Inmate      Pink  -Retained by official responding, or if the response is to an
Canary  -Returned to Inmate               informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

**INMATE REQUEST**

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: ___08___
Institution: __Union__

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Dental | ☒ Other<br>I.G. Mr. Snow |
|---|---|---|---|---|

| FROM: | Inmate Name<br>Robert Briggs | DC Number<br>0Y15156 | Quarters<br>K1-104 | Job Assignment<br>Culinary | Date<br>7-15-09 |
|---|---|---|---|---|---|

**REQUEST**

Investagator, Mr. Snow,

Can you please tell me how your investagation is going about me being beaten by 2 officers here at Union C.I.

I would like For you to keep me informed. I have witness's statements about the facts and medical papers to help prove I was beaten.

I don't want to mail them out, because my mail doesn't see to reach their destination.

When your back at Union C.I. call me out I give them to you then.

Thanks

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                        **DATE RECEIVED:** _____

The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.)

Official (Signature): _____                    Date: _____

Distribution:    White    -Returned to Inmate         Pink    -Retained by official responding, or if the response is to an
                 Canary   -Returned to Inmate                  informal grievance then forward to be placed in inmate's file.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

(Instructions on Back)

Team Number: 08
Institution: Union C.I.
Investigator

| TO: (Check One) | ☐ Warden | ☐ Classification | ☐ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☒ Other Kevin Snow |

OCT 2009
RECEIVED

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Robert Briggs | Y15156 | BE3-103 | Culinary | 10-27-09 |

**REQUEST**     Check here if this is an informal grievance ☒

Would you please let me know if your investigation (case #09-2-2204) is finished, what was the out come and can I get any documents concerning that investigation.

I need to know where I stand so I can move forward with the grievance process. I have not been supplied with any info.

I've sent 2 request inquiring about the investigation and 2 letters to Paul Decker Inspector General. Nobody has responded to any of my request and letters

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

DO NOT WRITE BELOW THIS LINE    RECEIVED OCT 28 2009

**RESPONSE**     DATE RECEIVED: 10/30/09

Copy Response to Grievance office. 10-28-09

IG case 09-22204 was Referred back to management due to you having no injuries and because there was not video of the alleged incident. Please refer any further inquiries on this case to Warden Reddish.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is ___NA___ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): Kevin W. Snow | Date: 10/30/09 |
|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)
Incorporated by Reference in Rule 33-103.019, F.A.C.



# FLORIDA DEPARTMENT
# OF CORRECTIONS

## OFFICE OF THE INSPECTOR GENERAL

**Charlie Crist**
*Governor*

**Walter A. McNeil**
*Secretary*

**Gene Hatcher**
*Inspector General*

**Walton C. Murphree**
*Deputy Inspector General*

An  Equal Opportunity Employer          2601 Blair Stone Road * Tallahassee, FL 32399-2500          http://www.dc.state.fl.us

March 26, 2010

Inmate Robert Briggs, DC# Y15156
Union Correctional Institution
7819 N.W. 228th Street
Raiford, Florida  32026

**RE: January 12, 2010 Correspondence**        :

Inmate Briggs:

This office received your complaint on January 22, 2010. Your concerns were previously reviewed and were determined to be management issues. They were provided to management for any appropriate action.

You should continue to utilize the routine grievance procedure to have any issues addressed. If you are not satisfied with the response to a grievance, or you do not receive a response to one, the grievance procedure allows you to proceed to their next level of review, if you choose to do so.

Also you can advise appropriate staff, at your institution, of any concerns you are having at that institution.

Sincerely,

*Office of the Inspector General*

# Grievence Continued

I am willing To Take a lie detecting Test
To The fact, That while I was hand cuffed
and shackled, Officer Hancock and Officer
Cobbs did iN fact beat The hell out of me,
cussing, while each of Them watched The
other, punch, Kick aNd Toss me around like
a ball. Are Officer Cobbs and Handcock
willing To do The same ??? Take a lie
detecting Test stating, That oN Febuary
23rd 2009, between 10 and 10:30, That They
"Didn't Beat me". I Know both officers will
refuse To Take That Test, "Showing Guilt".
This is a clear cut case of Crule and
Unusual Punishment, Excessive use of Force.

On Febuary 23rd 2009, Under The
Supervision of LT. AlleN. After being hand
caffed, shackled and chained. LT. AlleN Told
Officer Handcock "you Know what To do".
Officer Hancock Took me from D-area
over To B-area, To a snack room Next
To The LT. Allen's office. As soon as I
entered The room Officer Han cock start-
ed Hitting me, First Punch To The Head
braking my glasses. (I'm pretty much
bliNd with out Them). As I hit The floor
Not being able To break my fall because

11-12-09    CONTINUE    Robert Briggs
            pg. 2 of 7

## Grievence Continued

I was hand cuffed and sshackled. Officer Hancock started kicking me, stomping me, cassing at me. Get up you $#?!¢. and kicks me some more. I strugle to get up. my left side hurts, I'm dazed, lost, confassed. I managed to get up. To where he punches me again and again. Officer Cobbs said let me have a crack at him, Cassing at me as he lands a punch to my head. throws me up against the wall, Rams me, knee's me, I start to fall, he grabs me, tosses me to Officer Hancock as he punches and kick's me, tosses me back to Officer Cobbs, This went on for about 10 minutes, but seemed like 30. Officer Hancock leaves, Officer Coach Cobbs, stands by; and said, Nothing happen here, right, or do you want some more. I'm still dazed, hurting real bad, As a Third officer comes in the room to escort me to medical. Moving slow, limping. stopping several time so I could catch my breath. Upon arriving at medical, Nurse Passbarge Now Nurse Griffin. Knew me, asked about my glasses, took them to be repaired and never came back. Therefore not doing a preconfinement exam for injuries. I wasn't able to tell her that I was

11-12-09      CONTINUE
           pg. 3 of 7

Robert Briggs

# Grievence Continued

beaten, or perhaps she could see the marks, that's why she never came back.

I'm also willing to take a lie detecting test on that. Is Nurse Griffin willing to do the same???

The escort officer said "Lets Go". I started to say something and he yelled, I said lets go. Off to confinement we go. I was placed in a cell, and forgotten. I couldn't get Nurse Bicker or Nurse Coater attention to help my cries of pain. By then I thought I was dieing, my Head was pounding so badly, my ribs really hurting couldn't breath and arm and shoulders hurt, my foot bloody and swallon where the leg irons were. Nobody would help me. I was ignored. It wasn't until I got a hold of the Mental Health Doctor Ms Hartley, who got things started. "7 weeks later,"

On June 18th 2009. The inspector, Mr. Kevin Snow took my statement on what had happened on Febuary 23rd 2009. Mr. Snow advised me, that while an investigation was going, I wasn't allowed to discuss my beating to anybody or do any thing until after the investigation. Informal Grievence dated 10-27-09. He relinquished

11-12-09          Continued          Robert Briggs
                  pg. 4 of 7

# Grievence Continued

his investigation back To Management.

Ch. 33 -103.006(6) - The degree of The investigation is determined by The complexity of The issue and The content of The grievence.

Ch. 33-103.005(4) - provides That The recipient shall respond To The inmate "Following Investigation". (which was done on 10-30-09.)

Ch. 33 - 103.011 - Time Frames
(i)(a) Informal Grievences must be recieved with in a reasonable Time of when The incident or action being grieved occured. Reasonableness shall be determined on a case by case basis. Availibility of witnesses and relevant documentary evidence are factors, Among others, which should be looked at in determing reasonableness.
        Since There have been several incidences of "Inmates being beaten", by Correctional Officers here at Union Correctional Institution, and The F.B.I. and F.D.L.E. has been investigating other incidences of Inmates being beaten. Several Officers here at Union C.I. have been Fired and Nurses

11-12-09        Continue        Robert Briggs
                pg. 5 of 7

## Grievence Continued

being fired for falsifing medical records. Taken several months to investigate my beating, seamed reasonable. Mr. Kevin Snow relinquished his investigation back to Union C.I. on 10-30-09, allowing me to continue the Grievence Process on me being beaten by two Correctional Officers.

### Ch. 33-208.002(8) - Rules of Conduct

No employee, shall willfully or negligently treat an inmate in a cruel or inhuman manner, nor shall profane or abusive language be used in dealing with an inmate or person under his supervision.

(14)-No employee shall apply physical force to the person under his care.

(19)-No employee shall knowingly submit inaccurate or untruthful information for or on any D.O.C. record, report or document.

(12)-No employee shall falsify reports or records

Both Officers Hancock and Cobbs violated these rules, when they had "beaten me" while I was hand cuffed and shackled, and later lied about hitting me.

11-12-09              continued       Robert Briggs
                      pg. 6 of 7

# Grievence Continued

## Relief

1) For both Officers, HanCock and Cobbs To be reprimanded, and charged with a crime, if found Guilty.

2) For "All" parties To Take a lie detecting Test, from The F.B.I. or F.D.L.E.

3) For Robert Briggs To be compensated for The pain and suffering he went Thur, and still going through.

4) To pay All cost of dealing with There actions, for Me and Future cost of medical Treatment.

5) and what every else The court see's fit. (6) Another investagation by The F.B.I.

This is an exhaustion of Administation Remedies, pending Litigation.

11-12-09

Robert Briggs

Pg. 7 of 7

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

(Instructions on Back)

Mail Number: 10-09-396
Team Number: 08
Institution: Union C.I.
Investigator

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☒ Other Kevin Snow |
|---|---|---|---|---|

| FROM: | Inmate Name Robert Briggs | DC Number Y15456 | Quarters BE3-103 | Job Assignment Culinary | Date 10-27-09 |
|---|---|---|---|---|---|

**REQUEST**                                  Check here if this is an informal grievance ☒

Would you please let me Know if your investagation (case #09-2-2204) is finished, what was the out come and can I get any documents concerning That investagation.

I Need To Know where I STAND so I can move forward with The grievance Process. I have not been supplied with any infor.

I've sent 2 request inquiring about The investagation and 2 letters To Paul Decker Inspector General. Nobody has responded To Any of my ReQuest and letters

/All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

---

DO NOT WRITE BELOW THIS LINE   RECEIVED OCT 2 6 2009

**RESPONSE**                                  DATE RECEIVED: 10/30/09

Copy Response to Gritvence office. 10-28-09 2

IG case 09-22204 was Referred back to management due to you having no injuries and because there was not video of the alleged incident. Please refer any further inquiries on this case to Warden Reddish.

---

[The following pertains to informal grievances only:
Based on the above information, your grievance is ___N/A___. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): Kevin W. Snow | Date: 10/30/09 |
|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

DC6-236 (Effective 10/19/09)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____ 08
Institution: _Union_

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Dental | ☒ Other<br>I.G. Mr. Snow |
| --- | --- | --- | --- | --- |

| FROM: | Inmate Name<br>Robert Briggs | DC Number<br>0Y15156 | Quarters<br>K1-104 | Job Assignment<br>Culinary | Date<br>7-15-09 |
| --- | --- | --- | --- | --- | --- |

**REQUEST**

Investagator, Mr. Snow,

Can you please tell me how your invesagation is going about me being beaten by 2 officers here at Union C.I.
I would like for you to keep me informed. I have witness's statements About the facts and medical papers to help prove I was beaten. I don't want to mail them out, because my mail doesn't see to reach their destination. When your back at Union C.I. call me out I give them to you then.
                                    Thanks

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

---

**RESPONSE**                              DATE RECEIVED: _____

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: |
| --- | --- | --- |

Distribution:   White   -Returned to Inmate          Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate                  informal grievance then forward to be placed in inmate's file.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| BRIGGS, ROBERT | Y15156 | 0911-213-128 | UNION C.I. | E31031 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

10A (PHYSICAL ABUSE     (COMPLNTS))

| 11/13/09 | 0911-213-128 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

## PART B - RESPONSE

| BRIGGS, ROBERT | Y15156 | 0911-213-128 | UNION C.I. | E31031 |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed and evaluated. Your allegations were reported to the Office of the Inspector General; however, they were not substantiated.

Based on the foregoing information, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303 Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

P. Jenkins                                    N. Jeffcoat


_____          _____          12/3/09
SIGNATURE AND TYPED OR PRINTED NAME          SIGNATURE OF WARDEN, ASST. WARDEN, OR          DATE
OF EMPLOYEE RESPONDING                        SECRETARY'S REPRESENTATIVE


COPY DISTRIBUTION -INSTITUTION / FACILITY          COPY DISTRIBUTION - CENTRAL OFFICE

(2 Copies) Inmate                                  (1 Copy) Inmate
(1 Copy) Inmate's File                             (1 Copy) Inmate's File - Inst./Facility
(1 Copy) Retained by Official Responding           (1 Copy) C.O. Inmate File
                                                   (1 Copy) Retained by Official Responding

**MAILED**
DEC 03 2009
UCI GRIEVANCE OFFICE

## Grievence Continue

Times, fired several Officers, (C.O.'s) and a few Nurse's for covering up The beatings and falsifing medical records. I thought The New management "Here", Mr. Reddish, The Warden and N. Jeffcoat, asst. Warden, would had investagated farther into my Grievences of "Phyical Abuse" by Correctional Officers, and NOT cover it up or, pass it off, Not doing their own investagation.

I. G. Mr. Kevin Snow, has strong Ties with This institution (Union C.I.) and has done little on his investagation, To uncover what really happen. (See exhibit -A-), request dated 5-18-09 and 5-29-09) asking for another I. G. To do The investagation, for some one To call me about The beating I Took from Two Correctional Officers, My classification Officer Mr. Parra, advised me That he couldn't have an F.B.I. or F.D.L.E. or anybody To call me about me being "Phyically Abused". That I needed Them To set up a phone Call.

(See exhibit B) a Number of letters were sent To The Head Office of The inspector General office, Asking for a up date on The case; To get in Touch with me, for I had witness statements,

12-13-09
Date

continue
pg. 2 of 8

Robert Briggs
Signature

## Grievence Continued

and some Medical documents To prove That I was beaten, The Grievence To The Warden stated That Medical documents will show fractured "Ribs". (See Exhibit "C") "Confidentual" Medical Records. If The Warden had done "any" investagation from my Grievence #0911-213-128 and checked my medical file as indicated, He would have found That my Abuse Claim, rendered further investagation. About 2 dozen Medical, sick call and mental Health, oppointments refering To my Phyical Abuse by 2 Correctional Officers. Instead, P. Jenkins and N. Jeffcoat, didn't do "any" investagation and only relied on I.G. Mr. Kevin Snow initial Report. Dated (3-27-09)
(See Exhibit "D") Grievence log #09-6-26884, Dated November 4th 2009 which is a medical Grievence. It states That I first reported staff Abuse on 3-27-09, while I was still in Confinement and couldn't get any medical Attention. (See exhibit "E") Informal Grievence, To Medical, Dated 3-13-09, Response from C.B. Allin, She denied my Grievence with out doing an investagation, I was complainting I was hurt badly and needed some

12-13-09
Date

CONTINUE
pg. 3 of 8

Robert
Signature

## Grievence Continue

Medical Attention, All I Know was my head was serverly hurting, Pounding, perhaps a concussion. My Ribs, serverly sore, black and blue, My left ankle, right arm. If C.B. Allin did her Job back Then March 13th 2009, My Sores, black and blue Ribs would of been visible and prompted X rays, which would have shown my fractured Ribs and my claim of "Phyical Staff Abuse", C.B. Allin, was a senior Medical Staff Personnel. She is no longer at this institution, (Union C.I.) Also If I.G. Mr. Kevin Snow did a proper investagation, "Medical Records" should of, would of, suggested Further investagation. Some-Thing was being covered up. I was still in Confinement until May 1st 2009. If I reported staff Abuse on March 27-2009, That was 5 week's, Nobody came to see me about "staff Abuse". Why did it Take so long for me To get any help? Mr. Kevin Snow didn't Talk to me until June 18th 2009. Almost 3 month later. When I got out of Confinement in May 1st 2009, A number of sick call slips were sent To Medical. Seeking medical help for my Staff Abuse beating. Medical Records will show, on May 5th 2009 I had a sick call appointment, was refered

<u>12-13-09</u>
Date

Continue
pg. 4 of 8

<u>Robert Briggs</u>
Signature

## Grievence Continue

To The Doctor, May 12th 2009, Doctors Appointment, Dr. Espino ordered X-rays, prescribed some medication, For my severe headaches, my Ribs and some Thing To help me sleep, I was in Terror of being beaten again and again. May 15th 2009 X-rays were Taken. May 18th 2009 mental Health call out, May 27th 2009 another sick call. June 4th 2009 another medical call out, Dr. Nazareno ordered a second set of X-rays of my Ribs see exhibit "C" Medical document dated 6-9-2009, 2 fractured Ribs. My interview with Mr. Kevin Snow was on June 18th 2009, On and off The record, statements was given, If Mr. Kevin Snow was doing his on going investagation, all of The Above, Medical call outs and X-Rays, Dr. Visits, would of varified my claims of staff, abuse, None of This is in Mr. Kevin Snow's report. The Abuse Allegation was Quickly sweeped under The rug. My Medical records will also show The next 4 to 5 months of sick call, medical call out, Mental Health a continueing problem. (See exhibit "D") States I've been seen by medical "multiple" Times (Dated 11-2-09.) I have 2 sworn statements from inmates. (See exhibit "F").

12-13-09      Continue      Robert Briggs
          pg. 5 of 8

## Grievence Continue

There was Two allegations of staff abuse case # 09-22204 and 09-22546, This second abuse claim, I believe was by The organization T.I.M.E. in Butler Florida.

It is clear on The record, That nobody has done a proper investagation To uncover The Truth of "Phyical Abuse" by Correctional Officers (see grievence log # 0911-213-128), For violation of Constitutional Rights, Ch. 33 rules, and criminal activities.

Civil rights Actions, excessive use of Force, and cruel and unusual Punishment. Hudson vs. McMilliam 112 S.CT. 995 and Covino vs. Patrissi 967 F.2d 73. both case on Excessive use of Force. Wanton and malicious Acts, inflicting unnecessary Pain, (by beating me when I was hand cuffed and shackled.)

Failure To intervene (When Officer Cobbs entered, To The Lunch/snack room and saw Officer Hancock beating me. See O'Neil vs. Krezeminski 839 F.2d 9, and Officer Hancock for Tossing me To Officer Cobbs so he could continue To hit me, Kick me, Punch me. Rule 33-602.210 (11),

12-13-09          CONTINUE          Robert Briggs
Date                    Pg. 6 of 8          Signature

## Grievence Continue

states, any employee who witnesses, or has reasonable cause to suspect, that an inmate has been unlawfully abused shall immediately parpare, a DC6-210 Incident Report. Both Officers, Hancock and Cobbs watch the other violate this Rule, and then lied about it.

Rule 33-208.002(8) - No employee, shall willfully or negligently treat an inmate in a cruel or inhuman manner, Nor shall profane or abusive language be used

Rule 33-208.002(12), - No employee shall falsify reports or records

Rule 33-208.002(14), - No employee shall apply physical force to the person under his care.

Rule 33-208.002(19), - No employee shall knowingly submit inaccurate or untruthful information for or on any D.O.C. record, report or document. Fl. Stat. §837.06

Officer Hancock and Officer Cobbs has violated all of the above rules as well as commiting a crime. All the facts are here, The Asst. Warden violated the rules. ch. 33-103.006(6). N. Jeffcoat did not due her own investagation. She relied on another persons information, Violating my Due Process. 33-103.005(4) Duty to investagate.

12-13-09
Date

Continue
pg 7 of 8

*Robert Briggs*
Signature

## Grievence Continue

## Relief

1) That a new investagation be done, having a F.B.I. personal Handle it.

2) That "all" parties be subjected to a lie Dectecting Test.

3) To have charges brought upon "all" personnel involved with, cover ups, and falsifing documents, lieing.

4) For the plaintiff To be compersated, and for The injuries he aquired and future medical Treatment he sustained in The beating by the 2 Correctional Officers.

5) To pay all cost associated with The beating of The Plaintiff, (inmate Robert Briggs) medical, court cost and Attorny fee's.

6) What ever else This panel see's fit.

12-13-09
Date

pg. 8 of 8

Robert Briggs
Signature

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| BRIGGS, ROBERT | Y15156 | 09-6-40934 | UNION C.I. | E31031 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

10H (EXCESSIVE FORCE    (COMPLNTS))

| 12/21/09 | 09-6-40934 |
|---|---|
| DATE | GRIEVANCE LOG NUMBER |

WITH AGENCY CLERK

JAN 0 5 2009

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| BRIGGS, ROBERT | Y15156 | 09-6-40934 | UNION C.I. | E31031 |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Furthermore, a copy of your grievance has been forwarded to the Office of the Inspector General and Office of General Council.

Your administrative appeal is denied.

S.MILLIKEN

| | | 12/31/09 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

*Paid*
*1-14-10*
*DOC*
*1/in grievance*

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From: BRIGGS Robert J.   0Y15156   UNION Correctional
       Last    First    Middle Initial    Number    Institution

---

Part A — Inmate Grievance          10-6-01538

This Grievence is a exhaustion of Administa-
tion Remedies, from The denial of Grievence
#0911-213-128 To The Warden, Asst. Warden
N. Jeffcoat responded.

Medical Records are attached as
exhibits, and are confidential.

There are several Elements That are
associated with This single issue of "Phyical
Abuse" by Correctional Officers, "The beating
of Inmates"

Being handcuffed and shackled, Excessive
use of Force, Cruel and unusual Punishment.

This Grievence Log # 0911-213-128 was
Denied by The New Assistant Warden N. Jeffcoat
and P. Jenkins, with out a full investagation
on "Their part" This is a Grievence on Phyical
Abuse on Inmates by Correctional Officers.
Since There have been Several incidence here
at Union C.I. Of inmates being beaten, The
F.B.I and F.D.L.E. Has been here a Number of

12-13-09          CONTINUE          Robert Briggs   0Y15156
DATE               pg. 1 of 8        SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY
EXTENSIONS:                                                    213
UNION CORRECTIONAL INSTITUTION    10a Of Hancock SM   0911-213-128
ON ___ 12-15-09 FOR MAILING       Of. Cobbs        #        Signature

PROVIDED TO
ATTACHED

INSTRUCTIONS

WITH AGENCY CLERK

JAN 1 9 2010

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| BRIGGS, ROBERT | Y15156 | 10-6-01538 | UNION C.I. | E31031 |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your appeal has been reviewed and evaluated. The subject of your grievance is currently being reviewed by the investigative section of the Office of the Inspector General. A copy of your complaint will be forwarded to that section to be included as a part of the current review. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

Furthermore, if you fear staff, contact the institutional inspector.

A copy of your grievance has been forwarded to the Inspector General's Office for review.

If you feel you need medical attention, contact the institutional medical department via the sick call/emergency process.

As this process was initiated prior to the receipt of your grievance, your request for action by this office is denied.

S. Milliken

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 1/14/10 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding